VINCENZO MANNINO, Respondent, v. GIUSEPPE MERENDINO, Appellant, Impleaded with Another.— Judgment unanimously affirmed, with costs. No opinion. Present — Rich, Jaycox, Manning, Kelby and Young, JJ.

NEW YORK MUNICIPAL RAILWAY CORPORATION, by LINDLEY M. GARRISON, as Its Receiver, Respondent, v. INTER-CONTINENTAL CONSTRUCTION CORPORATION and Others, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ.

NATHAN H. PENDERGAST, as Executor, etc., of MARY ETTA CUTTER, Deceased, Appellant, v. JOHN S. CUTTER and Others, Respondents. CLARENCE J. SHEARN, Appellant.— Judgment reversed on the law, with a separate bill of costs to each appellant, and to Mr. Frederick J. Moses, guardian *ad litem*, and to Mr. Charles H. Street, attorney for the guardian *ad litem* for the infant defendants Winfield S. Cutter, Jr., and others, payable out of the estate, and judgment directed for the plaintiff. Conclusions of law " I " to " VII " inclusive are reversed, and plaintiff, appellant's findings of fact and conclusions of law as requested found. No opinion. Blackmar, P. J., Rich, Kelly, Manning and Young, JJ., concur. Settle order on notice before Mr. Justice Rich on December 28, 1922, at ten o'clock, A. M.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PATSY ERRICO, Appellant.— Judgment of conviction by the County Court of Westchester county affirmed. No opinion. Rich, Kelly, Jaycox, Manning and Kelby, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BENEDETTO A. PALUMBO, Appellant.— Judgment of conviction by the Court of Special Sessions reversed, and complaint dismissed upon the law and the facts. There is no competent evidence in the case showing that the defendant violated the statute* as set forth in the information or in any other manner which justified his conviction of the offense charged. Rich, Kelly, Jaycox, Manning and Kelby, JJ. concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SING LEE, Appellant.— Judgment of conviction by the Court of Special Sessions affirmed. No opinion. Rich, Kelly, Jaycox, Manning and Kelby, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ELSIE L. HANNEMAN MCAVOY, Respondent, v. CHARLES L. CRAIG, as Comptroller of the City of New York, Appellant.— Since the argument of the appeal in this proceeding, counsel for the appellant has submitted by letter legal points, which were not mentioned on the argument nor in the briefs. Under these circumstances a reargument is ordered and the case set down for January 2, 1923. Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.

THOMAS F. ROCHFORD and EMMA L. BUSH, Appellants, v. JOSEPH FRIED and Others, Respondents, Impleaded with JAMES N. CATLOW and Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Rich, Jaycox, Manning, Kelby and Young, JJ., concur.